# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Roland Stevenson     SBI#: 170524

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 2, 2005

05-171

---

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 36.98 |
| Oct | 20.47 |
| Nov | 10.97 |
| Dec | .19 |
| Jan | 30.20 |
| Feb | 27.49 |

Average daily balances/6 months: 20.91

Attachments
CC: File

Notary public
3/2/05

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __54.31__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__.

I further certify that during the past six months the applicant's average monthly balance was $ __20.91__ and the average monthly deposits were $ __18.67__.

__3/6/05__         __Stacy Shane__
Date            Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

Printed: 3/1/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 1 of 4

SBI: 00170524    NAME:  Stevenson, Roland S

| Date | Balance |
|---|---|
| 09/01/2004 | $44.45 |
| 09/02/2004 | $44.45 |
| 09/03/2004 | $44.45 |
| 09/04/2004 | $44.45 |
| 09/05/2004 | $44.45 |
| 09/06/2004 | $44.45 |
| 09/07/2004 | $44.45 |
| 09/08/2004 | $39.70 |
| 09/09/2004 | $39.70 |
| 09/10/2004 | $39.70 |
| 09/11/2004 | $39.70 |
| 09/12/2004 | $39.70 |
| 09/13/2004 | $39.70 |
| 09/14/2004 | $34.71 |
| 09/15/2004 | $34.71 |
| 09/16/2004 | $34.71 |
| 09/17/2004 | $34.71 |
| 09/18/2004 | $34.71 |
| 09/19/2004 | $34.71 |
| 09/20/2004 | $34.71 |
| 09/21/2004 | $34.71 |
| 09/22/2004 | $34.71 |
| 09/23/2004 | $34.71 |
| 09/24/2004 | $34.71 |
| 09/25/2004 | $34.71 |
| 09/26/2004 | $34.71 |
| 09/27/2004 | $34.71 |
| 09/28/2004 | $24.73 |
| 09/29/2004 | $24.73 |
| 09/30/2004 | $24.73 |
| 10/01/2004 | $24.73 |
| 10/02/2004 | $24.73 |
| 10/03/2004 | $24.73 |
| 10/04/2004 | $24.73 |
| 10/05/2004 | $24.73 |
| 10/06/2004 | $24.73 |
| 10/07/2004 | $24.73 |
| 10/08/2004 | $24.73 |
| 10/09/2004 | $24.73 |
| 10/10/2004 | $24.73 |
| 10/11/2004 | $24.73 |
| 10/12/2004 | $24.73 |
| 10/13/2004 | $14.73 |
| 10/14/2004 | $14.73 |
| 10/15/2004 | $8.20 |
| 10/16/2004 | $8.20 |
| 10/17/2004 | $8.20 |
| 10/18/2004 | $8.20 |

Printed: 3/1/2005

## *Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005*

Page 2 of 4

SBI: *00170524*     NAME:   Stevenson, Roland S

| Date | Balance |
|---|---|
| 10/19/2004 | $8.20 |
| 10/20/2004 | $8.20 |
| 10/21/2004 | $8.20 |
| 10/22/2004 | $31.20 |
| 10/23/2004 | $31.20 |
| 10/24/2004 | $31.20 |
| 10/25/2004 | $31.20 |
| 10/26/2004 | $21.20 |
| 10/27/2004 | $21.20 |
| 10/28/2004 | $20.97 |
| 10/29/2004 | $20.97 |
| 10/30/2004 | $20.97 |
| 10/31/2004 | $20.97 |
| 11/01/2004 | $20.97 |
| 11/02/2004 | $20.97 |
| 11/03/2004 | $20.97 |
| 11/04/2004 | $20.97 |
| 11/05/2004 | $20.97 |
| 11/06/2004 | $20.97 |
| 11/07/2004 | $20.97 |
| 11/08/2004 | $20.97 |
| 11/09/2004 | $10.97 |
| 11/10/2004 | $10.97 |
| 11/11/2004 | $10.97 |
| 11/12/2004 | $10.97 |
| 11/13/2004 | $10.97 |
| 11/14/2004 | $10.97 |
| 11/15/2004 | $10.97 |
| 11/16/2004 | $10.97 |
| 11/17/2004 | $10.97 |
| 11/18/2004 | $10.97 |
| 11/19/2004 | $10.97 |
| 11/20/2004 | $10.97 |
| 11/21/2004 | $10.97 |
| 11/22/2004 | $10.97 |
| 11/23/2004 | $0.97 |
| 11/24/2004 | $0.97 |
| 11/25/2004 | $0.97 |
| 11/26/2004 | $0.97 |
| 11/27/2004 | $0.97 |
| 11/28/2004 | $0.97 |
| 11/29/2004 | $0.97 |
| 11/30/2004 | $0.97 |
| 12/01/2004 | $0.97 |
| 12/02/2004 | $0.97 |
| 12/03/2004 | $0.97 |
| 12/04/2004 | $0.97 |
| 12/05/2004 | $0.97 |

Printed: 3/1/2005  **Average Daily Balance For Pauper Filing**  Page 3 of 4
For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

SBI: 00170524        NAME:   Stevenson, Roland S

| Date | Balance |
|---|---|
| 12/06/2004 | $0.97 |
| 12/07/2004 | $0.00 |
| 12/08/2004 | $0.00 |
| 12/09/2004 | $0.00 |
| 12/10/2004 | $0.00 |
| 12/11/2004 | $0.00 |
| 12/12/2004 | $0.00 |
| 12/13/2004 | $0.00 |
| 12/14/2004 | $0.00 |
| 12/15/2004 | $0.00 |
| 12/16/2004 | $0.00 |
| 12/17/2004 | $0.00 |
| 12/18/2004 | $0.00 |
| 12/19/2004 | $0.00 |
| 12/20/2004 | $0.00 |
| 12/21/2004 | $0.00 |
| 12/22/2004 | $0.00 |
| 12/23/2004 | $0.00 |
| 12/24/2004 | $0.00 |
| 12/25/2004 | $0.00 |
| 12/26/2004 | $0.00 |
| 12/27/2004 | $0.00 |
| 12/28/2004 | $0.00 |
| 12/29/2004 | $0.00 |
| 12/30/2004 | $0.00 |
| 12/31/2004 | $0.00 |
| 01/01/2005 | $0.00 |
| 01/02/2005 | $0.00 |
| 01/03/2005 | $0.00 |
| 01/04/2005 | $0.00 |
| 01/05/2005 | $0.00 |
| 01/06/2005 | $15.00 |
| 01/07/2005 | $14.63 |
| 01/08/2005 | $14.63 |
| 01/09/2005 | $14.63 |
| 01/10/2005 | $14.63 |
| 01/11/2005 | $14.63 |
| 01/12/2005 | $14.63 |
| 01/13/2005 | $48.63 |
| 01/14/2005 | $48.63 |
| 01/15/2005 | $48.63 |
| 01/16/2005 | $48.63 |
| 01/17/2005 | $48.63 |
| 01/18/2005 | $48.63 |
| 01/19/2005 | $41.66 |
| 01/20/2005 | $41.66 |
| 01/21/2005 | $41.66 |
| 01/22/2005 | $41.66 |

Printed: 3/1/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 4 of 4

SBI: 00170524      NAME:   Stevenson, Roland S

| Date | Balance |
|---|---|
| 01/23/2005 | $41.66 |
| 01/24/2005 | $41.66 |
| 01/25/2005 | $41.66 |
| 01/26/2005 | $41.66 |
| 01/27/2005 | $41.66 |
| 01/28/2005 | $41.66 |
| 01/29/2005 | $41.66 |
| 01/30/2005 | $41.66 |
| 01/31/2005 | $41.66 |
| 02/01/2005 | $29.25 |
| 02/02/2005 | $29.25 |
| 02/03/2005 | $29.25 |
| 02/04/2005 | $29.25 |
| 02/05/2005 | $29.25 |
| 02/06/2005 | $29.25 |
| 02/07/2005 | $29.25 |
| 02/08/2005 | $29.25 |
| 02/09/2005 | $29.25 |
| 02/10/2005 | $29.25 |
| 02/11/2005 | $29.25 |
| 02/12/2005 | $29.25 |
| 02/13/2005 | $29.25 |
| 02/14/2005 | $29.25 |
| 02/15/2005 | $14.31 |
| 02/16/2005 | $14.31 |
| 02/17/2005 | $14.31 |
| 02/18/2005 | $14.31 |
| 02/19/2005 | $14.31 |
| 02/20/2005 | $14.31 |
| 02/21/2005 | $14.31 |
| 02/22/2005 | $14.31 |
| 02/23/2005 | $14.31 |
| 02/24/2005 | $14.31 |
| 02/25/2005 | $54.31 |
| 02/26/2005 | $54.31 |
| 02/27/2005 | $54.31 |
| 02/28/2005 | $54.31 |

Summary for 'SBI' = 00170524 (181 detail records)          **Average Daily Balance:   $20.91**

# Individual Statement

Date Printed: 3/1/2005

## For Month of September 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.45 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | S | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/8/2004 | ($4.75) | $0.00 | $0.00 | $39.70 | 7020 | | | |
| Canteen | 9/14/2004 | ($4.99) | $0.00 | $0.00 | $34.71 | 8903 | | | |
| Canteen | 9/28/2004 | ($9.98) | $0.00 | $0.00 | $24.73 | 13730 | | | |

Ending Mth Balance: $24.73

# Individual Statement

Date Printed: 3/1/2005  
Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | $24.73 |

Current Location: 21   Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/13/2004 | ($10.00) | $0.00 | $0.00 | $14.73 | 19504 | | | |
| Pay-To | 10/15/2004 | ($6.53) | $0.00 | $0.00 | $8.20 | 21197 | | DST/POSTAGE | |
| Mail | 10/22/2004 | $23.00 | $0.00 | $0.00 | $31.20 | 23699 | 4507917392-37890 | | O. STEVENSON |
| Canteen | 10/26/2004 | ($10.00) | $0.00 | $0.00 | $21.20 | 25014 | | | |
| Pay-To | 10/28/2004 | ($0.23) | $0.00 | $0.00 | $20.97 | 26023 | | DST/POSTAGE | |

Ending Mth Balance: $20.97

# Individual Statement

Date Printed: 3/1/2005

## For Month of November 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.97 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | S | | | |
| Current Location: | 21 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/9/2004 | ($10.00) | $0.00 | $0.00 | $10.97 | 30103 | | | |
| Canteen | 11/23/2004 | ($10.00) | $0.00 | $0.00 | $0.97 | 35342 | | | |

Ending Mth Balance: $0.97

# Individual Statement

Date Printed: 3/1/2005

## For Month of December 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: |
|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | $0.97 |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/7/2004 | ($0.97) | $0.00 | $0.00 | $0.00 | 40847 | | | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 3/1/2005

## For Month of January 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | S | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/6/2005 | $15.00 | $0.00 | $0.00 | $15.00 | 53647 | 12053491 | | C MITCHELL |
| Pay-To | 1/7/2005 | ($0.37) | $0.00 | $0.00 | $14.63 | 54399 | | DST/POSTAGE | |
| Mail | 1/13/2005 | $24.00 | $0.00 | $0.00 | $38.63 | 56195 | 122070645 | | O STEVENSON |
| Mail | 1/13/2005 | $10.00 | $0.00 | $0.00 | $48.63 | 56209 | 4549513151-15541 | | I JENKINS |
| Canteen | 1/19/2005 | ($6.97) | $0.00 | $0.00 | $41.66 | 58080 | | | |

Ending Mth Balance: $41.66

# Individual Statement

Date Printed: 3/1/2005

## For Month of February 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $41.66 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2005 | ($12.41) | $0.00 | $0.00 | $29.25 | 63439 | | | |
| Canteen | 2/15/2005 | ($14.94) | $0.00 | $0.00 | $14.31 | 69130 | | | |
| Mail | 2/25/2005 | $40.00 | | | $54.31 | 73869 | 5356602496 | | G GARCIA |

Ending Mth Balance:   $54.31