# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

ORIGINAL

FILED 2005 MAR 21 PM 3:03 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Roland STEVENSON #170524
(Enter above the full name of the plaintiff in this action)

v.                                    05-171

Joe Hudson - Service Manager
c/o P. Villarreal
c/o A. Webb
(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [X]          NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs Roland STEVENSON #170524

      Defendants Joe Hudson - Service Manager
      c/o P. Villarreal   c/o A. Webb

2. Court (if federal court, name the district, if state court, name the county)
   IN THE JUSTICE OF THE PEACE COURT OF DELA. NEW CASTLE COUNTY.

3. Docket Number C.A. NO. JO412000709

4. Name of judge to whom case was assigned
   HONORABLE JUDGE ROBERT ARMSTRONG

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Not pending. Judgement was awarded to Defendants

6. Approximate date of filing lawsuit   12/9/04

7. Approximate date of disposition   2/15/05

II. A. Is there a prisoner grievance procedure in this institution? YES [X] NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [X] NO [ ]

C. If your answer is YES,

1. What steps did you take? I filed Grievance, plus, wrote letters to solve this issue.

2. What was the result? Expired filling period. Grievance exceeded seven (7) days from date of occurrence.

D. If your answer is NO, explain why not   N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [X] NO [ ]

F. If your answer is YES,

1. What steps did you take? I wrote Mr. Hudson explaining my situation. Also, C/O Villarreal E-mailed Mr. Hudson letting Him NO I did have a Radio and Sneakers.

2. What was the result? Mr. Hudson the Service Manager said that He would take care of me and get me a Radio and Sneakers to me. I also, had other officers calling Him about my Radio & Sneakers. He ME TO FILE Grievance and use him as a Ref.

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff  Roland Stevenson #170524 D.C.C.
     Address 1181 paddock Rd Smyrna, Del 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.   Defendant  Joe Hudson  is employed as  Support Service Manager
     at  Delaware Correctional Center

C.   Additional Defendants  C/O P. Villarreal
     C/O A. Webb

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

ON 5/28/02 I purchase a Radio from D.C.C. Commissary. Then on 7/28/02 I purchase a pair of 9½ Reebok Sneakers, from the same Commissary. On 3/19/04 I was moved for classification purposes to a higher security (med High) MHU. C/O P. Villarreal is the officer who packed my property. After a few weeks C/O J. Morgam who usually passes out property was on vacation and C/O A. Webb filled the job. Mr. Joe Hudson lead me to believe that he was going to get my sneakers and Radio back for me, and me not knowing their a Time Limit on writing this stuff. ("Writing Grievance")!

-3-

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

MAKE DEPARTMENT OF CORRECTION AT D.C.C. REPAY ME FOR MY PROPERTY. And RETURN ME BACK To Florida OFF OF THE ENTERSTATE TRANSFER. A.S.A.P.

Signed this 8th day of March, 2005

Roland Stevenson #170524
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/8/05
Date

Roland Stevenson #170524
(Signature of Plaintiff)