IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ROLAND STEVENSON,               )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civ. No. 05-171-GMS
                                )
JOE HUDSON - SERVICE MANAGER,   )
C/O P. VILLARREAL, and C/O      )
A. WEBB,                        )
                                )
        Defendants.             )
```

**AUTHORIZATION**

I, Roland Stevenson, SBI #170524, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.18 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4/26/05 , 2005.

Roland Stevenson #170524
Roland Stevenson

I/M ROLAND STEVENSON
SBI# 170524   UNIT 21-DU1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977






OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
  19801--3570